RECEIVED

JUL 25 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District
Court Of California

1 of 4

Howard, Troy Dewayne
    Plaintiff,

V.

Inmates Little Helpers
    Defendants,

Civil No:

22-04435-VKD

**FILED**

7/29/2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

42 U.S.C. 1983
Civil Notice

Comes now is a Plaintiff "Howard Troy Dewayne" First name is Troy
Middle name is Dewayne and My last name is Howard. I would like
to move forward under the "Federal Tort Claim Act" This Honorable
Court has Jurisdiction under 42 U.S.C. 1983 to asign a Civil case number
for filing.

2 of 4

See Bivens v. Six unknown named Agents, 409 F.2d 718, 720 N.1 (CA2 1969).

(A.) Where legal rights have been violated and a Federal Statue provides for a general right to "Sue" for damages, a Federal Court may use any available remedy to make good the wrong done.

(B.) The essence of civil liberty consists in the right of every individual to claim the protection of the laws whenever he or she receives a injury.

(1.) The Plaintiff seeks recovery of funds from a "Account" made with one Inmates Little Helpers. To wit foresaid business has failure to perform any duties as a business working on the behalf of another person. No one at the business of Inmates Little Helpers has done their job on the behalf of the plaintiff to this date 6/23/2022.

30f4

(a.) Straight forward Plaintiff paid the payment of $300.00 see exhibit A.

(3.) Witness at "Federal Correctional Institution-Gilmer" Mr. Walston is the trust fund supervisor who I will call as a witness to this transaction on or about 10/20/2021.

"Mr. Walston"
Federal Correctional Institution-Gilmer
201 FCI Lane
Glenville, WV, 26351

(C.) The Plaintiff seeks $5,000°° Five Thousand Dollars in damages Punitive. Plaintiff no longer has faith in the ability of Inmates Little Helpers ability to represent him. Nothing was done in a timely manner. I am unhappy with Inmates Little Helpers.

The above is what I am willing to settle out of court at.

If you want a jury trial I'm asking the court for $50,000°° in punitive damages and court coast and any other fees.



**United States Treasury** 15-51/000   B 379,565,640

Check No.

11 09 21 15100438   KANSAS CITY, MO       4039 30789866
000745634373     4039 30789866 M       00000BT2231203

Pay to the order of

Inmates Little Helpers
C/O Gilmer FCI, Cashier
PO BOX 5000
GLENVILLE WV 26351 0000

$*****300*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

28268064, HOWARD, TROY

008224

⑈4039 2⑈   ⑈000000518⑈ 30789866⑈ 011121

---

0128389114

>121102036<
Mechanics Bk #1028
2021-12-13
0128389114
Batch 143250766

FOR DEPOSIT ONLY



HOM olufpe   Type   / Ri RTV   ISN   Truncated

| Electronic Endorsements | | | | |
|---|---|---|---|---|
| Subsequent | 061000146 | 20211214 | 8507570967 | N |
| Subsequent | 091000019 | 20211214 | 8636879545 | N |
| BOFD | 121102036 | 20211213 | 128389114 | Y |

Exhibit A.

Certificate Of Service                                4 Of 4

I here by certify that under Penalty of Perjury Pursuant to 28 U.S.C. section 1746 that a true copy of this was mailed to all Parties and all attachments Where placed in the United States mail box under the mail box rule using First Class Mail see Houston v. Lock, 487 us 266,276 (1988).

To. Clerk of the Court
1301 Clay Street Suite 400 S
Oakland, CA, 94612

To: Inmates Little Helpers
P.O. Box 4173
Oakland, CA, 94614

To: Mr. Walston
Federal Correctional Institution-Gilmer
201 FCI Lane
Glenville, WV, 26351

28268-064

Date



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Tracie N McHenry
FCI Gilmer
201 FCI Lane
Glenville, WV 26351
My Commission Expires Feb. 26, 2026

Tracie M McHenry
7/14/22