Troy Howard 28268-064
Federal Correctional Institution-Gilmer
P.O. Box 6000
Glenville, WV, 26351

Legal Mail



