United States District Court       pg. 1
Northern District Of California

cN **FILED**

SEP 2 6 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Troy Dewayne Howard
Plaintiff,

VS.                    Case No: 22-cv-04435-jsw

Inmates Little Helpers
Defendant,

Comes now Troy Dewayne Howard this August 12th, 2022 Plaintiff at on West Virginia prisoner proceeding pro se. On or about August 29th 2022 plaintiff was served with a notice that his civil case was being "randomly reassigned" to one judge Jeffrey S. White in the Oakland division for all futher proceeding in this Current matter.

On or about August 31st 2022. Two days later the clerk for judge Jeffrey S. White was instructed to enter a judgement and close the file.

pg.2

It is clearly a miscarriage of administration of justice if this court does not do an incamera look at the due process of this action... There is no way possible that the plaintiff had 28 days in the court of judge White to file a "forma pauperis" in two days...

See exhibits 1,2 and 3 as evidence of the miscarriage of justice.

(1.) The first exhibit informs the plaintiff of the reassignment of his case. "See the file date. 8/29/2022

(2.) See this exhibit 2 for the notice of whom the case was assigned too. See filed date. 8/29/2022

(3.) See exhibit 3 of dismissed without prejudice also See filed date. 8/31/2022

(4.) See exhibit 4 filed date 8/31/2022

Conclusion:
Wherefore because of the above facts and laws of due process this honorable court should reopen this case and allow the plaintiff to move in "forma pauperis" without paying any filing fees.

The courts Jurisprudence philosophy of the law is need to prevent a miscarriage of justice...

Certificate Of Service

I Troy Dewayne Howard certify that under penalty of perjury pursuant to 28 u.s.c. section 1776 that a true copy of this Motion were placed in the u.s. mailbox under the mailbox rule. Using first class postage. See per Houston vs. Lack, 487 u.s. 266, 276 (1988).

To: Clerk Of The Court
   280 South First Street Room 2112
   San Jose, CA, 95113

From Troy Dewayne Howard
   Federal Correctional Institution-Gilmer
   P.O. Box 6000
   Glenville, WV, 26351               Respectfully Submitted

                                    # 28268-064
                                    Reg No:
                                    Troy Howard
                                    Sign
                                    9/18/2022
                                    Date

*Exhibit 1*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TROY DEWAYNE HOWARD,

    Plaintiff,

    v.

INMATES LITTLE HELPERS,

    Defendant.

Case No.  22-cv-04435-VKD

**ORDER REASSIGNING CASE**

    IT IS ORDERED that this case has been reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to the **Honorable Jeffrey S. White** in the **OAKLAND** division for all further proceedings.  Counsel is instructed that all future filings shall bear the initials **JSW** immediately after the case number.

    All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated:  August 29, 2022

_____
Mark B. Busby
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
Northern District of California

*Exhibit 2*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DEWAYNE HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>INMATES LITTLE HELPERS,<br><br>Defendants, | Case No. 5:22-cv-04435-VKD<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE AND CERTIFICATE OF SERVICE |

The Clerk of the Court will now randomly reassign this case to a United States District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2022, I SERVED a true and correct copy of this notice, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

**Troy Dewayne Howard**
28268-064
Federal Correctional Institution Gilmer
PO Box 6000
Glenville, WV 26351

Mark Busby
Clerk, United States District Court

By: *Adriana M. Kratzmann*
Adriana M. Kratzmann, Deputy Clerk to the
Honorable VIRGINIA K. DEMARCHI

United States District Court
Northern District of California

Exhibit
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY DEWAYNE HOWARD,                    Case No. 22-cv-04435-JSW

Plaintiff,

v.                                       **ORDER OF DISMISSAL**

INMATES LITTLE HELPERS,

Defendant.

On July 29, 2022, Plaintiff, a California prisoner proceeding pro se, filed a habeas petition. The same day, the Clerk notified Plaintiff that he needed to file an application to proceed in forma pauperis ("IFP") or pay the filing fee, within 28 days. The Clerk mailed to Plaintiff the Court's IFP form, instructions, and a stamped return envelope. In the deficiency notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application before the deadline. No response has been received from Plaintiff. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: August 31, 2022

JEFFREY S. WHITE
United States District Judge

*Exhibit 4*

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DEWAYNE HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>INMATES LITTLE HELPERS,<br><br>Defendant. | Case No. 22-cv-04435-JSW<br><br>**JUDGMENT** |

A judgment of dismissal is entered.

**IT IS SO ORDERED.**

Dated: August 31, 2022

JEFFREY S. WHITE
United States District Judge