GEORGE WILLIAM VETTER
C-05882 / D6A-122
7707 SOUTH AUSTIN ROAD
POST OFFICE BOX 213040
STOCKTON CALIFORNIA 95213
CALIFORNIA HEALTH CARE FACILITY



CHCF
CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

neopost
09/23/2022
US POSTAGE $002.16⁰

FIRST-CLASS MAIL



ZIP 95215
041L12203723

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EDWARD J. DAVILA, JUDGE
280 S. FIRST ST., ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

c/o N. Lon #73153    9/22/22

